IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| THEODORE F. CRUTCHFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD D. HOLCOMB, ) | |
| Commissioner, DMV, ) | Case No. 4:11-cv-00034 |
| ) | |
| M. N. FORD, ) | **ORDER** |
| Director, Driver Services, DMV, ) | |
| ) | By: Jackson L. Kiser |
| JUDY JOHNSON, ) | Senior United States District Judge |
| Employee, DMV, Martinsville, ) | |
| ) | |
| and ) | |
| ) | |
| GLORIA KIRBY, ) | |
| Employee, DMV, Danville, ) | |
| ) | |
| Defendant. ) | |

Before me are Defendants' Motion to Dismiss Plaintiff's Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF No. 7]; and Plaintiff's Motion for Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65(b)(1)(A) [ECF No. 17]. For the reasons contained in the accompanying Memorandum Opinion, I hereby **DENY** Plaintiff's Motion for Temporary Restraining Order, **GRANT** Defendants' Motion to Dismiss, and direct the Clerk to **DISMISS** this case and all other pending motions from the docket of the Court.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to counsel and the *pro se* Plaintiff.

ENTERED this 4th day of October, 2011.

s/Jackson L. Kiser
Senior United States District Judge

Case 4:11-cv-00034-JLK   Document 25   Filed 10/04/11   Page 1 of 1   Pageid#: 150